UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RASHED MOHAMMED ABEDEL,

    Plaintiff,

-against-

UNITED STATES OF AMERICA,

    Defendant.
----------------------------------------------------------------X

NOT FOR PUBLICATION

**ORDER**

06-CV-6817

(Amon, J.)

AMON, United States District Judge:

    Plaintiff filed this *pro se* action on November 20, 2006. On November 29, 2006, Magistrate Judge Bloom directed plaintiff to make service upon the defendant or to show good cause why service was not effected, by March 20, 2007. On April 5, 2007, Magistrate Judge Bloom, noting that plaintiff had not yet filed proof of service upon the defendant, directed Abedel to serve the defendant by June 4, 2007 or to face dismissal. No response having been received, on July 17, 2007, Magistrate Judge Bloom issued a report and recommendation ("R&R") recommending that the action be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). Plaintiff has not filed objections to the R&R. Accordingly, the Court adopts the R&R. The Clerk of the Court is directed to enter judgment and to close the case.

    SO ORDERED.

Dated: Brooklyn, NY
       August 8, 2007

/S/
Carol Bagley Amon
United States District Judge